IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSEPH DAVIS, | &#124; | |
| | &#124; | Civil Action No. |
|    Plaintiff, | &#124; | 1:11-cv-01607 (JOF) |
| | &#124; | |
| v. | &#124; | |
| | &#124; | JURY TRIAL DEMANDED |
| EASTWYCK VILLAGE | &#124; | |
| TOWNE HOUSES, INC., | &#124; | |
| | &#124; | |
|    Defendant. | &#124; | |

_____

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff and Defendant herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE, each party to pay its own fees and costs.

So ORDERED this _____ day of _____, 2011.

_____
JUDGE, U.S. DISTRICT COURT

1

_S/ Alysa B. Freeman_
Alysa B. Freeman
Georgia Bar No.  275394
ALYSA FREEMAN, P.C.
1827 Independence Square
Atlanta, GA 30338
(770) 407-6000 telephone
(770) 458-5456 facsimile
af@alysafreeman.com

_S/ Ashoo K. Sharma_
Ashoo K. Sharma
Georgia Bar No. 637920
Weissman, Nowack, Curry & Wilco
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326
(404) 926-4500 telephone
(404) 926-4600 facsimile
ashoos@wncwlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH DAVIS,                              |
                                           |      Civil Action No.
   Plaintiff,                  |      1:11-cv-01607 (JOF)
                                           |
v.                                         |
                                           |      JURY TRIAL DEMANDED
EASTWYCK VILLAGE                           |
TOWNE HOUSES, INC.,                        |
                                           |
   Defendant.                  |
_____

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served a copy of the attached JOINT STIPULATION OF DISMISSAL on defense counsel identified below by electronically filing a copy of same with the Clerk of Court by using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorney of record:

     Ashoo K. Sharma, Esq.
     Weissman, Nowack, Curry & Wilco, P.C.
     One Alliance Center, 4th Floor
     3500 Lenox Road
     Atlanta, GA 30326

This 8th day of September, 2011.

                           *S/ Alysa B. Freeman*
                           Alysa B. Freeman
                           Georgia State Bar No. 275394

Alysa Freeman, P.C.
1827 Independence Square
Atlanta, GA 30338
ph: (770) 407-6000; fax: (770) 458-5456

3